UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Michael Mash

    Petitioner,

v.

NCO Financial Systems, Inc.

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO.: 4:11-cv-58

    PURSUANT to Federal Rule of Civil Procedure 68(a), defendant's confession of judgment was accepted by the plaintiff and JUDGMENT IS HEREBY ENTERED in favor of plaintiff in the amount of $500.00.

    Judgment shall be entered against NCO in the total amount of Five Hundred and No/100 Dollars ($500) for damages incurred by plaintiff as a result of NCO's alleged violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq*.

    In addition, the Judgment entered shall include an additional amount for plaintiff's reasonable costs and attorney's fees accrued through the date of this Offer of Judgment either: 1) as agreed to by counsel for the parties; or 2) in the event counsel cannot agree, as determined by the Court upon application by plaintiff's counsel.

    The Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by plaintiff against NCO, said judgment shall have no effect whatsoever except in settlement of those claims.

    This Offer of Judgment is made solely for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed either as an admission that NCO is liable in this action, or that plaintiff has suffered any damage.

Date: April 4, 2011

*Susan Crocker*
_____
By: Deputy Clerk