**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| MICHAEL MASH | : | |
| | : | Case No. 4:11-cv-00058-JAJ-TJS |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____/ | | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, MICHAEL MASH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: April 11, 2011

By: /s/ J.D. Haas
    J.D. Haas, Esq.
    The Law Office of J.D. Haas
    8151 33rd Ave. S., Suite 208
    Bloomington, MN 55425
    Phone: (952) 854-5044
    Fax: (952) 854-1665
    jdhaas@jdhaas.com
    Attorney for Plaintiff
    Of Counsel
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025

- 2 -

## CERTIFICATE OF SERVICE

I, J.D. Haas, certify that a true and correct copy of the foregoing was served electronically via CM/ECF upon all counsel of record including the following:

John T. Clendenin
Nyemaster, Goode, West, Hansell
& O'Brien, P.C.
700 Walnut Street, Suite 1600
Del Moines, IA 50309

By: /s/ J.D. Haas
J.D. Haas
Attorney for Plaintiff